THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Steven J. Monaco,

Plaintiff,

v.

City of Camden and Shay Sampson,

Defendants.

HON. JEROME B. SIMANDLE

Civil No. 04-2406 (JBS)

**JURY VERDICT FORM**

We, the unanimous Jury, find as follows:

**Claim of Deprivation of Civil Rights by City of Camden through Official Custom**

1(A). Did Plaintiff prove that one or more Camden Police Officers deprived him of the right to be free from excessive use of force?

**Yes:** X **No:** ____

[Go to Question 1(B).]

1(B). Did Plaintiff prove that one or more Camden Police Officers deprived him of the right to be free from unlawful arrest?

**Yes:** X **No:** ____

[If your answer to Question 1(A) or Question 1(B), or both, is Yes, go to Question 2. If your answers to 1(A) and 1(B) are both No, skip to Question 5.]

2. Did Plaintiff prove that the City of Camden had an official custom of deliberate indifference to investigating complaints of excessive use of force by police officers, about which the City's decisionmaker within the Police Department actually knew or acquiesced?

**Yes:** ____ **No:** X

[If your answer is Yes, go to Question 3. If your answer is No, skip to question 5.]

3. Did Plaintiff prove that the official custom was the cause of, and the moving force behind the violation of Plaintiff's constitutional right(s) you identified in Question 1?

**Yes:**_______ **No:**_______

[If your answer is Yes, go to Question 4. If your answer is No, skip to Question 5.]

4. Please state the amount that will fairly compensate Plaintiff for any injury he actually sustained as a result of the City of Camden's conduct:

**Answer: $**______________

[Go to Question 5.]

**Claim of Malicious Prosecution Against Defendant Shay Sampson**

5. Did Plaintiff prove that Defendant Sampson is liable for malicious prosecution?

**Yes:**_______ **No:** X

[If your answer is Yes, go to Question 6. If your answer is No, skip the end and cease deliberations.]

6. Please state the amount that will fairly compensate Plaintiff for any injury he actually sustained as a result of Defendant Sampson's malicious prosecution:

**Answer: $**____________

[Cease deliberations.]

06/26/08
Date

[signature]
Signature of Foreperson